# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SCOTT R. DUCEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 05-CV-0102-MJR |
| ) | |
| ADRIEN FEINERMAN, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM and ORDER

**REAGAN, District Judge:**

On March 11, 2009, Magistrate Judge Wilkerson submitted a Report recommending that the Court grant the Defendant's motion for summary judgment and dismiss this case (Doc. 93). After no objections to the Report were received, the Court adopted the Report and dismissed the case without conducting *de novo* review (Docs. 95 & 96).

On April 2, 2009, the Court received Ducey's objection (Doc. 97). On full review of the document and its accompanying envelope, it does appear that Ducey placed his objection in the mail before the objection deadline passed.

Accordingly, the Court now **VACATES** the Order dismissing the case (Doc. 95), and **VACATES** the judgment in favor of defendant (Doc. 96). The case is **REOPENED** and both Defendant's motion for summary judgment (Doc. 74) and Judge Wilkerson's Report and Recommendation (Doc. 95) shall be reinstated as pending. The Court will conduct *de novo* review as to those portions of the Report to which Ducey has made specific objections.

**IT IS SO ORDERED.**

**DATED this 3d day of April 2009.**

> s/ Michael J. Reagan
> **MICHAEL J. REAGAN**
> **United States District Judge**